IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN L. GLASS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV829-MHT |
| | ) | [WO] |
| DAVID EASON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the defendants' Motion To Compel Discovery Responses, filed on 2 February 2006 (Doc. # 6), and for good cause, it is

ORDERED that the motion is GRANTED. The plaintiff shall serve his responses to the defendant's Interrogatories and Requests for Production on or before 13 February 2006. The plaintiff's responses are delinquent by more than six weeks; thus, the plaintiff is CAUTIONED that his failure to serve his complete responses upon defendant's counsel by the aforestated date could lead to this court's imposition of sanctions. Because the plaintiff has not filed objections to the discovery requests, the parties are REMINDED that objections are waived.

DONE this 6th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE