IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JOHN L. GLASS; GLASS        )
GRADING, LLC,               )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )     3:05cv829-MHT
                            )         (WO)
DAVID EASON, et al.,        )
                            )
    Defendants.             )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to enter judgment instead of dismissal (doc. no. 58) is granted to the extent that the judgment entered on September 1, 2006 (doc. no. 56) is amended to reflect the following:

(1) Plaintiffs John L. Glass and Glass Grading, LLC, shall have and recover from defendants David Eason and Eason Construction Company the sum of Thirty Thousand and No/100 dollars ($30,000.00). Interest, at the post-judgment interest rate,

**shall began to accrue upon the court's entry of this judgment.**

**(2) Costs are taxed as paid.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 13th day of September, 2006.**

       /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**